# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

April 9, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA 94103-1526

RECEIVED
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

APR 1 3 2026

FILED _____
DOCKETED_____
                 DATE            INITIAL

Re:  Olympus Spa, et al.
     v. Andreta Armstrong, Executive Director of the Washington
     State Human Rights Commission, et al.
     Application No. 25A1111
     (Your No. 23-4031)

Dear Clerk:

The application for an extension of time within which to file a petition for a writ of certiorari in the above-entitled case has been presented to Justice Kagan, who on April 9, 2026, extended the time to and including July 10, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Pippa Fisher
Case Analyst

# Supreme Court of the United States
# Office of the Clerk
# Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Mr. Kevin T. Snider
Pacific Justice Institute
P.O. Box 276600
Sacramento, CA  95827


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA  94103-1526