# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

Scott S. Harris
Clerk of the Court
(202) 479-3011

June 24, 2026

Clerk
United States Court of Appeals for the Ninth
Circuit
95 Seventh Street
San Francisco, CA  94103-1526

R E C E I V E D
MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JUL 17 2026

FILED _____ _____
DOCKETED _____ _____
                  DATE         INITIAL

Re:  Olympus Spa, et al.
v. Andreta Armstrong, Executive Director of the Washington
State Human Rights Commission, et al.
Application No. 25A1111
(Your No. 23-4031)

Dear Clerk:

The application for a further extension of time in the above-entitled case has been presented to Justice Kagan, who on June 24, 2026, extended the time to and including August 9, 2026.

This letter has been sent to those designated on the attached notification list.

Sincerely,

**Scott S. Harris**, Clerk

by

Howard Cook
Case Analyst

# Supreme Court of the United States
## Office of the Clerk
## Washington, DC 20543-0001

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

### NOTIFICATION LIST

Mr. Kevin T. Snider
Pacific Justice Institute
P.O. Box 276600
Sacramento, CA 95827


Clerk
United States Court of Appeals for the Ninth Circuit
95 Seventh Street
San Francisco, CA 94103-1526